1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 GEORGE GARCIA, | Case No.  1:13-cv-01389-LJO-JLT (PC) |
| 12          Plaintiff, | **ORDER CLOSING THE CASE DUE TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| 13     v. | |
| 14 MARTINEZ, et al., | **(Doc. 17)** |
| 15          Defendants. | |

16         On April 16, 2014, Plaintiff filed a request for dismissal of this case without prejudice.

17 Although not stated in the notice, the Court construes it as one made pursuant to Federal Rule of

18 Civil Procedure 41(a)(1)(i).

19         In *Wilson v. City of San Jose*, the Ninth Circuit explained:

20     Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his
       action prior to service by the defendant of an answer or a motion for summary
21     judgment. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing
       *Hamilton v. Shearson-Lehman American Express*, 813 F.2d 1532, 1534 (9th Cir.
22     1987)).  A plaintiff may dismiss his action so long as the plaintiff files a notice of
       dismissal prior to the defendant's service of an answer or motion for summary
23     judgment.  The dismissal is effective on filing and no court order is required.  *Id.*
       The plaintiff may dismiss some or all of the defendants, or some or all of his
24     claims, through a Rule 41(a)(1) notice.  *Id.*; *Pedrina v. Chun*, 987 F.2d 608, 609-
       10 (9th Cir. 1993).  The filing of a notice of voluntary dismissal with the court
25     automatically terminates the action as to the defendants who are the subjects of the
       notice.  *Concha*, 62 F.2d at 1506.  Unless otherwise stated, the dismissal is
26     ordinarily without prejudice to the plaintiff's right to commence another action for
       the same cause against the same defendants. *Id.* (citing *McKenzie v. Davenport-*
27     *Harris Funeral Home*, 834 F.2d 930, 934-35 (9th Cir. 1987)).  Such a dismissal
       leaves the parties as though no action had been brought.  *Id.*

28

1  *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

2        No answers to Plaintiff's complaint and no motions for summary judgment have been filed

3  in this case.  It appears that no such answers or motions for summary judgment have been served.

4  Because Plaintiff has exercised his right to voluntarily dismiss the complaint under Rule 41(a)(1),

5  this case has terminated.  *See Wilson*, 111 F.3d at 692.

6        Therefore, IT IS HEREBY ORDERED that the Clerk is ordered to close this case in light

7  of Plaintiff's Rule 41(a)(1)(i) requested dismissal without prejudice.

8
   IT IS SO ORDERED.
9

10   Dated:   **April 24, 2014**                    **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28